UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-0003 (01) |
| VERSUS | JUDGE DONALD E. WALTER |
| STEVEN DEWAYNE GILBERT | MAGISTRATE JUDGE HORNSBY |

_____

**ORDER**

Before the Court is a Motion for Out of Time Appeal filed by the Defendant, Steven Dewayne Gilbert.  See Record Document 410.

Upon due consideration, **IT IS HEREBY ORDERED** that J. Dhu Thompson be allowed to enroll as counsel of record for Steven Dewayne Gilbert for the sole and limited purpose of filing the instant motion.

**IT IS FURTHER ORDERED** that Defendant's motion is hereby **GRANTED**.  The Court interprets Defendant's filing as a motion for an extension of time to file an appeal pursuant to Federal Rule of Appellate Procedure 4(b).  To the extent there has been a delay in the filing of an appeal, the Court finds that excusable neglect exists due to miscommunication.  See United States v. Golding, 739 F.2d 183 (5th Cir. 1984); United States v. Scott, 672 F.2d 454 (5th Cir. 1982).

**IT IS FURTHER ORDERED** that the Federal Public Defender is hereby appointed for Steven Dewayne Gilbert for any and all appeal purposes.

**IT IS FURTHER ORDERED** that with the granting of this order J. Dhu Thompson is hereby relieved as counsel of record for the Steven Dewayne Gilbert.

**THUS DONE AND SIGNED**, this 27th day of July, 2020.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE
